# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: | |
| Jason E Kotlar | Case No.:  09 B 31026 |
| Vanessa A Kotlar | Chapter:  13 |
| Debtor(s) | Judge Bruce W. Black |

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:**  Glenn B. Stearns, Chapter 13 Trustee,  4343 Commerce Court, Suite 120, Lisle, IL 60532
Jason E Kotlar,  Vanessa A Kotlar  , Debtor(s), 24328 South Valley Drive,  Channahon,  IL  60410
Marc Scheinbaum, Attorney for Debtor(s),  P.O.Box 5009, Vernon Hills, IL 60061-5009

You are hereby notified that IBM LENDER BUSINESS PROCESS SERVICES, INC. has made post-petition advances of $50.00 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

You are hereby notified that debtor(s) is(are) due to IBM LENDER BUSINESS PROCESS SERVICES, INC. for the contractual mortgage payment due 11/01/10.  As of 12/14/10, Debtor owes for the 11/01/10 through 12/01/10 post-petition mortgage payments, with the 01/01/11 coming due, plus $202.14 in late charges.  The current mortgage payment amount due each month is $1,819.31.  As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement does not apply and any outstanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 02/06/11, IBM LENDER BUSINESS PROCESS SERVICES, INC.'s rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on January 7, 2011.

/s/ Peter Bastianen
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346

Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE ( 14-09-29373)**

NOTE: This law firm is deemed to be a debt collector.